UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVELL MOORE,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>LEGRAND, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:13-cv-00390-LRH-WGC<br><br>ORDER |

This counseled habeas matter under 28 U.S.C. § 2254 is before the court on motions for extension of time by both parties. Good cause appearing,

**IT IS ORDERED** that respondents' motion to extend time to file their answer (ECF No. 39) is **GRANTED** *nunc pro tunc.*

**IT IS FURTHER ORDERED** that petitioner's first and second motions to extend time to file their reply to the answer (ECF Nos. 41 and 43) are both **GRANTED** *nunc pro tunc.*

DATED this 5th day of October, 2017

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE